IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>        Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>        Defendants. | Case No. 22-cv-7134<br><br>**Judge Elaine E. Bucklo**<br><br>**Magistrate Judge Young B. Kim** |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses with prejudice all causes of action in the amended complaint against the following Defendants identified in Schedule A. Each party shall bear its own attorney's fees and costs.

| Doe No. | Defendant |
|---|---|
| #329 | newshijieCOb |
| #345 | wpOP59NE |
| #409 | Gheinmg |
| #436 | lentwisdom |
| #440 | UAPRYTI |
| #467 | Atyunb |
| #508 | Honrane-US |
| #630 | Shenzhen Debizhong Technology |
| #657 | Romanda |
| #671 | shenzhenshipengqiedianzishangwuyouxiangongsi |

The respective Defendants have not filed an answer to the complaint or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1) is appropriate.

| | |
|---|---|
| Dated: February 13, 2023 | Respectfully submitted,<br><br>/S/BRANDON BEYMER<br>BRANDON BEYMER (ARDC NO. 6332454)<br>DALIAH SAPER (ARDC NO. 6283932)<br>SAPER LAW OFFICES, LLC<br>505 N. LASALLE, SUITE 60654<br>CHICAGO, ILLINOIS 60654 |

                                          (312) 527-4100
                                      BRANDON@SAPERLAW.COM
                                              DS@SAPERLAW.COM

                                        ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 13, 2023, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system and I will send an e-mail to the e-mail addresses provided for Defendants by third parties.

                                        */s/ Brandon Beymer*
                                          Brandon Beymer